### 6373.  SOUTHERN RAILWAY COMPANY *v.* ASHLEY.

RUSSELL, C. J.  The constitutional writ of certiorari will lie from the superior court of Bibb county to correct an erroneous judgment rendered in the municipal court of Macon, and the judge of the superior court erred in refusing to sanction a petition for a writ of certiorari, addressed to that court, upon the ground that the judgments of the municipal court of Macon are not subject to review by the superior court of Bibb county.  See *Young* v. *Broyles,* 16 *Ga. App.* 356 (85 S. E. 366, 368), and citations.                              *Judgment reversed.*

DECIDED JANUARY 7, 1916.

Petition for certiorari; from Bibb superior court—Judge Mathews.  October 31, 1914.

*Mallary & Wimberly,* for plaintiff in error.
*Napier, Maynard & Plunkett,* contra.

---

### 6376.  BLOCKAM *v.* FEW.

BROYLES, J. 1: Under the repeated rulings of this court and of the Supreme Court the refusal of a trial judge to direct a verdict is never reversible error.

2. The fifth, sixth, seventh, ninth, and tenth grounds of the amendment to the motion for a new trial contain no specific assignment of error, and merely amplify the general grounds.

3. The eighth ground of the amendment to the motion for a new trial, which complains of a charge of the court, does not point out the error in the charge, and is set out in such a vague and confused manner as to present no question for determination.

4. There was some evidence to authorize the verdict, and it has been approved by the trial judge.                              *Judgment affirmed.*

DECIDED JANUARY 7, 1916.

Complaint; from city court of Greensboro—Judge Sibley.  January 6, 1915.

*J. G. Faust,* for plaintiff in error.  *M. C. Few,* contra.